# IN THE SUPREME COURT OF THE STATE OF NEVADA

RAYMOND GEAN PADILLA,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 80937

**FILED**

APR 15 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER DENYING PETITION FOR A WRIT OF MANDAMUS*

This original pro se petition for a writ of mandamus seeks a writ directing the district court to dismiss a criminal case against petitioner, with prejudice, based upon petitioner's allegations of prosecutorial and procedural misconduct.[1]

Problematically, petitioner has not provided this court with exhibits or other documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition"). Therefore, without deciding the merits of the claims raised, we decline to exercise our original jurisdiction in this matter, *see* NRAP 21(b).

---

[1]In light of this disposition, we also deny petitioner's motion to exceed legal copy limits as moot.

SUPREME COURT
OF
NEVADA

(O) 1947A

20-14380

We note that "petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted." *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). Accordingly, we

ORDER the petition DENIED.[2]

_____ , C.J.
Pickering

_____ , J.        _____ , J.
Hardesty                              Cadish

cc:     Raymond Gean Padilla
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk

---

[2]Petitioner's failure to provide timely proof of service of the petition also constitutes an additional basis upon which to deny relief. NRAP 21(a)(1).